## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 204 - 1 | **DATE** | 3/10/2008 |
| **CASE TITLE** | USA vs. Shamuisdeen Asekun | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 3/1/2008. Defendant appears in response to arrest on 3/10/2008. Defendant informed of his rights. Keith Scherer is appointed as counsel for defendant. Government seeks detention. Detention hearing held; and continued to 3/13/2008 at 2:00 p.m. Defendant to remain in custody pending further court proceedings. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:17

| | Courtroom Deputy Initials: | IS |
|---|---|---|