# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number:

USA v. ASEKUN    08 CR 204-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

SHAMUISDEEN ASEKUN

**FILED**
MAR 10 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) KEITH SCHERER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Keel | |
| FIRM ~~Federal Defender Program~~ LAW OFFICE OF KEITH SCHERER | |
| STREET ADDRESS ~~55 E. Monroe Street, Suite 2800~~ 6585 N. AVONDALE AVE. | |
| CITY/STATE/ZIP Chicago, IL ~~60603~~ 60631 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6257838 | TELEPHONE NUMBER ~~(312) 621-8300~~ (773) 774-6741 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [✓] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [✓] NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [✓] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] NO [ ] |