**FILED**

APR - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 204 |
| | ) | |
| v. | ) | **JUDGE GETTLEMAN** |
| | ) | |
| SHAMUISDEEN ASEKUN | ) | Violations: Title 21, United States Code, |
| | ) | Sections 841(a)(1) and 963 |
| | ) | |

**MAGISTRATE JUDGE ASHMAN**

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about March 7, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHAMUISDEEN ASEKUN,

defendant herein, knowingly and intentionally attempted to import into the United States from a place outside the United States, namely India, a controlled substance, namely, 100 grams or more of mixtures and substances containing heroin, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1);

All in violation of Title 21, United States Code, Section 963.

1

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about March 7, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHAMUISDEEN ASEKUN,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 100 grams or more of mixtures and substances containing heroin, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY