# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 204 - 1 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Shamuisdeen Asekun | | |

**DOCKET ENTRY TEXT**

Arraignment and plea is reset to 4/14/2008 at 10:15 a.m., before Magistrate Judge Ashman. Arraignment and plea set for 4/11/2008 is stricken.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|