## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 Cr 204 -1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | U S A     vs     Shamuisdeen Asekun | | |

**DOCKET ENTRY TEXT:**

Order BENCH WARRANT to issue for the arrest of defendant Shamuisdeen Asekun for failure to comply with conditions of his bond.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|